**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**AMY NGHIEM,**

**Plaintiff,**

**v.**

**ABERCROMBIE & FITCH CO.,**

**Defendant.**

**Case Number 2:26-cv-1030**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

# ORDER

This matter is before the Court on the parties' Joint Motion to Stay the Action (ECF No. 15) pending resolution of a similar, earlier-filed action captioned *Di Lorenzo v. Abercrombie & Fitch Co.*, No. 1:26-cv-07792 (N.D. Ill.) (the "First-Filed Action"). Having considered the Joint Motion, the Court finds that a stay is warranted under the first-to-file rule and to promote the interests of judicial economy, efficiency, and fairness. Accordingly, the Court **GRANTS** (ECF No. 15) the Joint Motion to Stay the Action.

The Court **ORDERS** as follows:

1. This action is **STAYED**, including all proceedings and deadlines, as well as Defendant's obligation to move, answer, or otherwise respond to any complaint filed in this action, pending resolution of the First-Filed Action.

2. Within **fourteen (14) days** following the resolution of the First-Filed Action, the parties shall file a joint notice with the Court and, if appropriate, submit a proposed joint scheduling order governing further proceedings in this action.

3. This stay is without waiver or prejudice to any and all claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the parties in this

action, including, but not limited to, Defendant's right to move for dismissal of the action and Plaintiff's right to oppose any such motion, and any arguments concerning venue, forum, transfer, jurisdiction, or stay of this action, including following any termination of this temporary stay, or any other actions.

4. Plaintiff may move to lift the stay if Defendant argues or the court holds in *Di Lorenzo* that an Illinois district court cannot certify a class against a non-resident defendant that includes out-of-state class members. Plaintiff may also move to lift the stay if the court in *Di Lorenzo* denies class certification on any grounds.

**IT IS SO ORDERED.**

**10/23/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**